# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | No. 55 EM 2020 |
| | : | |
| v. | : | |
| | : | |
| FREDDY MCCUTCHEN | : | |
| | : | |
| PETITION OF: DEFENDER ASSOCIATION OF PHILADELPHIA | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW,** this 18th day of November, 2020, upon consideration of the Application to Accept for Filing a Timely Submitted Petition for Allowance of Appeal, it is ORDERED that the Petition for Allowance of Appeal submitted by Petitioner shall be accepted by this Court and treated as a *pro se* Petition for Allowance of Appeal filed by Freddy McCutchen.

    The Prothonotary is DIRECTED to provide notice of this order directly to Freddy McCutchen.